[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-16683

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 9, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00042 CR-FTM-29SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES EARL SMITH, Jr.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 9, 2007)**

Before TJOFLAT, ANDERSON and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, and for the reasons fully discussed at oral argument, we readily conclude that the judgment of the district court is due to be affirmed.

AFFIRMED.